UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr23-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEITH FRANKLIN SIMMONS | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss certain real property from the Consent Order and Judgment of Forfeiture. (Doc. No. 74).

For the reasons set forth in the Government's Motion, IT IS THEREFORE ORDERED THAT the following property is hereby dismissed from this criminal forfeiture action:

> Real property at the Township of Walnut Hill, Ashe County, North Carolina, further described as the Steven D. Lee property, identified in a deed recorded in the Ashe County, North Carolina Register of Deeds Office, Deed Book 382, Page 1422.

Furthermore, the Order and Lis Pendens (WDNC Case No. 3:09MC222) is hereby partially released, but only to the extent that the Order and Lis Pendens was filed against the real property at Township of Walnut Hill identified above.

Signed: October 2, 2012

Robert J. Conrad, Jr.
Chief United States District Judge